IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60867
Conference Calendar

_____


PAUL CLARK,

                                    Plaintiff-Appellant,

versus

ROY ANDERSON CORP.;
R.A. BUILDING CORP.,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:95-CV-585-R-R
- - - - - - - - - -
August 15, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Paul Clark has appealed the district court's order granting
the defendants' motion for summary judgment and dismissing his
tort claims under the Jones Act and General Maritime Law.  Clark
contends that the district court erred in determining that the
spud barge on which the alleged injury occurred was not a
"vessel" for purposes of the Jones Act.  Clark also contends that
the district court erred in determining that it did not have

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction under General Maritime Law to entertain the tort claim.  We have carefully reviewed the record and the briefs, and, essentially for reasons stated by the district court, <u>Clark v. Roy Anderson Corp.</u>, No. 1:95-CV-585RR (S.D. Miss. Nov. 12, 1996), we AFFIRM the district court's order granting the defendants' motion for summary judgment.

AFFIRMED.